PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Williams, Jr**

**Docket No. 0:02CR00309-001(JNE)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Williams Jr** who was sentenced for Escape on February 4, 2003, by the Honorable Joan N. Ericksen, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-Participate in drug/alcohol treatment program
-Mandatory drug testing
-No firearms, dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION # 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

On May 5, 2005, Mr. Williams admitted to this probation officer that he returned to drug use.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center or chemical dependency halfway house as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 16th day of May, 2005, and ordered filed and made a part of the records in the above case.

[signature]
Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Richard W. Hermes
U.S. Probation Officer

Executed on May 16, 2005
Place Minneapolis

c: United States Sentencing Commission

SCANNED
MAY 17 2005
U.S. DISTRICT COURT ST. PAUL