UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-309(1)(JNE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| ROBERT WILLIAMS, JR, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

02-309(1)(JNE)

Defendant Name

Robert Williams, Jr.

Remove AUSA

Joseph T. Walbran

Add AUSA

James E. Lackner

Dated: July 20, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ Joseph T. Walbran
BY: JOSEPH T. WALBRAN
Assistant U.S. Attorney
Attorney ID No. 113700