**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT WILLIAMS, JR.,

Defendant.

93CR46(1) (DDA)
02CR309 (JNE)

**NOTICE OF SUPERVISED RELEASE REVOCATION HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **a SUPERVISED RELEASE REVOCATION HEARING** on Friday, December 16, 2005 at 1:30 p.m., before Judge Joan N. Ericksen, Courtroom 12W, Minneapolis. Counsel are directed to check the kiosk on the 1st Floor of the Federal Courthouse in Minneapolis, Minnesota for any change in location.

DATED: November 18, 2005.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

cc: Mr. James Lackner
Ms. Virginia G. Villa
Mr. Richard Hermes, Probation Officer