UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

RECEIVED
NOV 18 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA )
)
v. ) Case No.: 02-309(JNE)
)
ROBERT WILLIAMS, JR )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum ( )Ad Testificandum

Name of Detainee: ROBERT WILLIAMS, JR
Detained at (custodian): Prairie Correctional Facility

Detainee is: a.) ( ) charged in this district by:
( ) Indictment ( )Information ( ) Complaint
Charging Detainee With: Supervised Release Violation

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on December 16, 2005 at 1:30 p.m. in the courtroom of the Honorable Joan N. Ericksen

Dated: November 17, 2005

JAMES E. LACKNER, AUSA

## WRIT OF HABEAS CORPUS

(X )Ad Prosequendum ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Nov. 18, 2005
Date

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | 05912-041 | DOB: | 3/4/60 |
| Facility Address: | | Race: | African-American |
| | | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

SCANNED
NOV 21 2005

FILED NOV 18 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**RETURN OF SERVICE**

Executed on ______________ by ______________ (Signature)

org & cert copy to USM