UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

Criminal No. 3:93-46 DDA
and 02-309 JNE

v.

**ORDER FOR APPOINTMENT OF COUNSEL**

Robert Williams, Jr.,

Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: November 25, 2005

s/ Joan N. Ericksen
Honorable Joan N. Ericksen
United States District Court Judge