A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 MAY 23 P 4: 02

RECEIVED U.S. MARSHAL ST. PAUL MINN

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 02-309 (1) JNE**

0541-0523-1100-0

Robert Williams, Jr.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Robert Williams, Jr.

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Joan N. Ericksen, United States District Court Judge.

(By) Michelle Conway, Deputy Clerk

May 23, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 12-15-05
ARRESTED BY WHCAP
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY __________

SCANNED
DEC 22 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

Modified 12/08/04